Order issued: October 19, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-12-00466-CV

_____

## IN THE INTEREST OF J.W.C., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-21693-Z**

## ORDER

We **DENY** appellant's July 6, 2012 motion for contempt.

We **DENY** appellant's July 6, 2012 request for oral argument.



_____
CAROLYN WRIGHT
CHIEF JUSTICE